CIVIL COMPLAINT FORM TO BE USED BY A *PRO SE* PRISONER

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Robert Tamir Wilkerson  05-29950
**Full Name of Plaintiff**     **Inmate Number**

v.

Lycoming County Prison
**Name of Defendant 1**

Brad A. Shoemaker
**Name of Defendant 2**

Ryan C. Barnes
**Name of Defendant 3**

Christopher J Ebner
**Name of Defendant 4**

_____
**Name of Defendant 5**
(Print the names of all defendants. If the names of all defendants do not fit in this space, you may attach additional pages. Do not include addresses in this section).

Civil No. _____
(to be filled in by the Clerk's Office)

(__) Demand for Jury Trial
(__) No Jury Trial Demand

FILED
WILLIAMSPORT

MAR 0 5 2025

PER ____NR____
DEPUTY CLERK

I. **NATURE OF COMPLAINT**

Indicate below the federal legal basis for your claim, if known.

___ Civil Rights Action under 42 U.S.C. § 1983 (state, county, or municipal defendants)

___ Civil Rights Action under <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971) (federal defendants)

___ Negligence Action under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346, against the United States

II. **ADDRESSES AND INFORMATION**

A. **PLAINTIFF**

Wilkerson Robert Tamir
Name (Last, First, MI)

OS-29950
Inmate Number

Lycoming County Prison
Place of Confinement

277 West Third Street
Address

Williamsport, Lycoming County, PA, 17701
City, County, State, Zip Code

Indicate whether you are a prisoner or other confined person as follows:

___ Pretrial detainee
_X_ Civilly committed detainee
___ Immigration detainee
___ Convicted and sentenced state prisoner
___ Convicted and sentenced federal prisoner

B. **DEFENDANT(S)**

Provide the information below for each defendant. Attach additional pages if needed.

Make sure that the defendant(s) listed below are identical to those contained in the caption. If incorrect information is provided, it could result in the delay or prevention of service of the complaint.

Defendant 1:

Lycoming County Prison
Name (Last, First)

Current Job Title

277 West Third Street
Current Work Address

Williamsport, Lycoming County, PA, 17701
City, County, State, Zip Code

**Defendant 2:**

Brad A Shoemaker
Name (Last, First)

Warden
Current Job Title

277 West Third Street
Current Work Address

Williamsport, Lycoming County, PA, 17701
City, County, State, Zip Code


**Defendant 3:**

Ryan C Barnes
Name (Last, First)

Deputy Warden of Security and Operations
Current Job Title

277 West Third Street
Current Work Address

Williamsport, Lycoming County, PA, 17701
City, County, State, Zip Code


**Defendant 4:**

Christopher J Ebner
Name (Last, First)

Deputy Warden of Inmate Services
Current Job Title

277 West Third Street
Current Work Address

Williamsport, Lycoming County, PA, 17701
City, County, State, Zip Code


**Defendant 5:**

Name (Last, First)

Current Job Title

Current Work Address

City, County, State, Zip Code

## III.   STATEMENT OF FACTS

State only the facts of your claim below. Include all the facts you consider important. Attach additional pages if needed.

A.   Describe where and when the events giving rise to your claim(s) arose.

Lycoming County Prison, DLU G-Block Unit August 15 2024 - March 5 2025

B.   On what date did the events giving rise to your claim(s) occur?

August 15 2024 Through March 5 2025

C.   What are the facts underlying your claim(s)? (For example: What happened to you? Who did what?)

Cruel and Unusual punishment as well as torture tactics are still being forced upon me. The lights in the DLU G-Block unit are on 22 out of 24 hours which is causing sleep deprivation. The lights are on all day and night; The lights are controlled by Correctional officers as they stripped our ability to turn the lights on or off. None of the inmates housed on G-Block are under suicide supervision, therefore there is no reason for the lights to be on in the cells. This is a violation of the 8th Amendment as "cruel and unusual punishment" is being performed. Also we're being sanctioned for attempting to cover the lights that prevent us from sleeping. Due to being sanctioned for this matter of covering the lights is additional DLU to further our punishment.

## IV. LEGAL CLAIM(S)

You are not required to make legal argument or cite any cases or statutes. However, state what constitutional rights, statutes, or laws you believe were violated by the above actions. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs. Attach additional pages if needed.

Lycoming County Prisons staff is in violation of the 8th Amendment as cruel and unusual punishment is being performed against me.

## V. INJURY

Describe with specificity what injury, harm, or damages you suffered because of the events described above.

Sleep deprivation, depression, anxiety, delusion, mood swings, sight distortion.

## VI. RELIEF

State exactly what you want the court to do for you. For example, you may be seeking money damages, you may want the court to order a defendant to do something or stop doing something, or you may be seeking both types of relief. If you are seeking monetary relief, state your request generally. Do not request a specific amount of money.

Monetary compensation and everyone involved sanctioned.

## VII. SIGNATURE

By signing this complaint, you represent to the court that the facts alleged are true to the best of your knowledge and are supported by evidence, that those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose.

Local Rule of Court 83.18 requires *pro se* plaintiffs to keep the court informed of their current address. If your address changes while your lawsuit is being litigated, you must immediately inform the court of the change in writing. By signing and submitting the complaint form, you agree to provide the Clerk's Office with any changes to your address where case-related papers may be served, and you acknowledge that your failure to keep a current address on file with the Clerk's Office may result in dismissal of your case.

_____
Signature of Plaintiff

2/22/25
_____
Date

Robert T Wilkerson
05-29950
Lycoming County Prison
P.O Box 247
Phoenix MD 21131-0247

RECEIVED
WILLIAMSPORT
MAR 05 2025
PER NR
DEPUTY CLERK

RECEIVED
WILLIAMSPORT
MAR 05 2025
DEPUTY CLERK

RECEIVED
WILLIAMSPORT
05 2025
DEPUTY CLERK

United States District Court
Middle District of Pennsylvania
US Courthouse & Federal Building
240 West Third Street Suite 21
Williamsport PA 17701